UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DAWN KRANTZ, individually, and as next friend of A.K., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>JAN COCHENOUR, as probation officer, SPENCER CIRCUIT COURT, and SPENCER COUNTY, by and through its Commissioners,<br><br>Defendants. | 3:14-cv-00006-RLY-MPB |

**FINAL JUDGMENT**

Pursuant to the court's ruling issued this day, the court now enters final judgment in favor of Defendants, Jan Cochenour, the Spencer Circuit Court, and Spencer County, and against Plaintiff, Dawn Krantz.

**SO ORDERED** this 25th day of July 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.